[No. 2656–2. Division Two. March 27, 1978.]

*In the Matter of the Welfare of*
CURTIS DAVIS.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 5502, John W. Schumacher, J., entered November 5, 1976. *Affirmed* by unpublished opinion per Pearson, C.J., concurred in by Petrie and Reed, JJ.

[No. 2689–2. Division Two. March 28, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN D. BAKER, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. C–2492, Jay W. Hamilton, J., entered November 4, 1976. *Reversed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Soule, J.

[No. 2980–2. Division Two. March 28, 1978.]

*In the Matter of the Personal Restraint of*
JAMES LEWIS DAVIS, *Petitioner.*

Appeal from a judgment of the Superior Court for Thurston County, No. C–3263, Charles T. Wright, J., entered March 7, 1966. *Affirmed in part* and *reversed in part* by unpublished opinion per Soule, J., concurred in by Pearson, C.J., and Reed, J.